**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 21-1420**

_____

PIYUSH KUMAR AMRITBHAI PATEL; USHA PIYUSH KUMAR PATEL,

Petitioners,

v.

MERRICK B. GARLAND, Attorney General,

Respondent.

_____

On Petition for Review of an Order of the Board of Immigration Appeals.

_____

Submitted:  September 16, 2022                    Decided:  October 14, 2022

_____

Before QUATTLEBAUM and HEYTENS, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Petition denied by unpublished per curiam opinion.

_____

**ON BRIEF:** Stuart Altman, LAW OFFICE OF STUART ALTMAN, New York, New York, for Petitioners.  Brian Boynton, Acting Assistant Attorney General, Jessica E. Burns, Senior Litigation Counsel, Scott M. Marconda, Office of Immigration Litigation, Civil Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Piyush Kumar Amritbhai Patel and his wife, Usha Piyush Kumar Patel, both natives and citizens of India, petition for review of an order of the Board of Immigration Appeals (Board) dismissing their appeal from the Immigration Judge's decision denying their applications for asylum, withholding of removal, and protection under the Convention Against Torture. After thoroughly reviewing the record, we are satisfied that the evidence does not compel a ruling contrary to any of the administrative factual findings, *see* 8 U.S.C. § 1252(b)(4)(B), and that substantial evidence supports the denial of relief, *see INS v. Elias-Zacarias*, 502 U.S. 478, 481 (1992). Accordingly, we deny the petition for review for the reasons stated by the Board. *In re Patel* (B.I.A. Apr. 7, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*